IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WYLDEWOOD CELLARS, INC., and JOHN BREWER, ) ) ) ) Plaintiffs, ) ) v. ) ) TORRO, LLC d/b/a TORRO ) FUNDING, ) ) Defendant. | Case No. 6:23-cv-01017 |

### DEFENDANT TORRO, LLC's NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Torro, LLC, d/b/a Torro Funding ("**Defendant**" or "**Torro**"), files this Notice of Removal of the case from the District Court of Sumner County, Kansas to the United States District Court for the District of Kansas.

Removal is proper under 28 U.S.C. § 1441(b) because this Court has original jurisdiction under 28 U.S.C. § 1332 in that complete diversity exists between the parties and the amount in controversy exceeds $75,000.00. In support of this Notice, Defendant states:

### BACKGROUND

1. On December 19, 2022, Plaintiffs Wyldewood Cellars, Inc. ("**Wyldewood**") and John Brewer ("**Brewer**") (collectively, "**Plaintiffs**") commenced this action in the District Court of Sumner County, Kansas, by filing a Petition ("**Petition**") styled *Wyldewood Cellars, Inc. et al. v. Torro, LLC dba Torro Funding*, Case No. SU-2022-CV-000223 (the "**State Court Action**").

2. Pursuant to § 1446(a), all documents that were served upon Torro in the State Court Action, including the Petition, are attached as **Exhibit A**.

3. The Petition filed in the State Court Action alleges that Plaintiff Wyldewood is a Kansas corporation with its principal place of business in Kansas and that Plaintiff Brewer is a

1

resident and citizen of Kansas.

4. Defendant Torro, LLC is a Limited Liability Company organized under Utah law, and none of its members are citizens of Kansas; its members all reside in and are citizens of Utah.

5. The Petition generally involves a "Secured Merchant Agreement for the Purchase and Sale of Future Receivables" between Wyldewood (and executed by Brewer as its "Owner/Agent/Manager" and by him as a Guarantor of Wyldewood) that Wyldewood attached as Exhibit 1 to its Petition in the State Court Action. *See* **Ex. A** (Pet. ¶ 24 (referring to this agreement as the "**MCA Agreement**" and noting its attachment as Exhibit 1 to the Petition)).

6. As alleged by Plaintiffs in their Petition, the "amount of future receivables that Torro was allegedly purchasing [was] $111,750." **Ex. A** (Pet. ¶ 25).

7. Plaintiffs also recognize that Torro in July 2021 obtained a default judgment against Plaintiffs in Utah state court in the amount of $118,699; Plaintiffs attached a copy of that Judgment as Exhibit 3 to their Petition. **Ex. A** (Pet. ¶ 76).

8. The Petition contains six causes of action, including a RICO claim asserted under 18 U.S.C. § 1962 and under which Plaintiffs refer to purported injuries that "include, but are not limited to, hundreds of thousands of dollars in improperly collected loan payments," with Plaintiffs also seeking "treble damages, plus costs and attorneys fees." **Ex. A** (Pet. ¶¶ 79–80, 117–120).

9. Plaintiffs served Torro on January 9, 2023.

## TIMELINESS OF REMOVAL

10. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after the date that Torro was served (January 9, 2023).

## BASIS FOR REMOVAL JURISDICTION

11. Complete diversity exists between the parties in this case.

12. The Petition alleges that Plaintiffs are citizens of Kansas. **Ex. A** (Pet. ¶¶ 1–2).

13. Defendant Torro, LLC is a limited liability company organized under Utah law, and all its members are citizens of states other than Kansas.

14. The allegations in the Petition filed in the State Court Action easily satisfy the $75,000 amount in controversy requirement under 28 U.S.C. § 1332(b).

15. Indeed, the Petition refers to a contract involving the sale (and guaranty) by Plaintiffs of $111,750 in receivables. **Ex. A** (Pet. ¶ 25).

16. Further, Plaintiffs admit in their Petition that — after they defaulted in a Utah state court case that Torro brought against them under the MCA Agreement, about which they purport to complain in their Petition and which describe as unconscionable — Torro obtained a Judgment in the amount of $118,699 against them due to Plaintiffs' breach of their obligations under the same MCA Agreement that they attack in their Petition. **Ex. A** (Pet. ¶¶ 76–77).

17. Plaintiffs also refer to purported injuries that "include, but are not limited to, hundreds of thousands of dollars in improperly collected loan payments" while they seek "treble damages, plus costs and attorneys fees." **Ex. A** (Pet. ¶¶ 79–80, 117–120).

## VENUE

18. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because the United States District Court for the District of Kansas is the federal jurisdiction embracing the District Court of Sumner County, Kansas, where Plaintiffs filed the State Court Action.

## NOTICE TO STATE COURT AND PLAINTIFF

19. Pursuant to 28 U.S.C. § 1446(d), Torro has filed this Notice with the Court, is serving a copy of this Notice upon counsel for Plaintiffs, and is filing a Notice of Filing of Notice of Removal in the District Court of Sumner County, Kansas.

20.     A copy of the Notice of Filing of Notice of Removal (without exhibits) is attached hereto as **Exhibit B**.

**WHEREFORE**, the case now pending in the District Court of Sumner County, Kansas, under the caption *Wyldewood Cellars, Inc. et al. v. Torro, LLC dba Torro Funding*, Case No. SU-2022-CV-000223, is hereby removed to the United States District Court for the District of Kansas, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: February 7, 2023

Respectfully submitted,

BOULWARE LAW LLC

By: /s/ *Jeremy M. Suhr*
Jeremy M. Suhr        KS Bar # 24025
1600 Genessee Street, Suite 416
Kansas City, MO 64102
Tel:    (816) 492-2826
jeremy@boulware-law.com


MOLLE LAW FIRM, LLC

*/s/ John M. Molle*
John M. Molle, KS #24485
10777 Barkley, Suite 130
Overland Park, KS 66211
Phone: (913) 669-3875
Fax: (913) 273-1288
john@mollelawfirm.com

***Counsel for Torro, LLC***

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of February 2023, a copy of the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for this case, and a copy was also served via email upon counsel for Plaintiffs in the State Court Action, specifically:

Nicholas R. Grillot
Hinkle Law Firm
ngrillot@hinklaw.com

      /s/ Jeremy M. Suhr
      *Attorney for Torro, LLC*